THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Appellant,
 
 
 

v.

 
 
 
 Danny Long, Respondent.
 
 
 

Appeal from Laurens County
 Eugene C. Griffith, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-184
 Submitted March 1, 2012  Filed March 14,
2012    

AFFIRMED

 
 
 
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Deborah R.J.
 Shupe, and Assistant Attorney General William Blitch, Jr., all of Columbia, for
 Appellant.
 Appellate Defender Robert M. Pachak, of Columbia, for Respondent.
 
 
 

PER CURIAM: The
 State appeals the sentence imposed on Danny Long by the plea court, arguing the
 plea court erred in crediting Long for time voluntarily spent in a residential
 counseling center while he was out on bail.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State
 v. Cox, 328 S.C. 371, 373, 492 S.E.2d
 399, 400 (Ct. App. 1997) (holding sentencing issue unpreserved when an
 objection was not made at the time the sentence was imposed).
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.